IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


ALBEMARLE CORPORATION                                          PLAINTIFF


VS.                                 CASE NO. 06-CV-1002


THE LOUISIANA & NORTH WEST
RAILROAD COMPANY                                               DEFENDANT


## ORDER

Before the Court is a Joint Motion to Dismiss filed on behalf of all the parties in the

above styled and numbered case. (Doc. No. 27). The parties report that all issues presented to

this Court, including all issues referred to the Surface Transportation Board and the issues

removed from the Circuit Court of Columbia County, Arkansas, have been resolved though

settlement. The parties petition the Court to enter an order of dismissal with prejudice of all

claims and counterclaims pending before this Court, dissolve the Court's January 23, 2006

preliminary injunction and release the security posted by Albemarle Corporation in this case.

Upon consideration, the Court finds that the motion should be and hereby is **granted**. The

preliminary injunction entered by this Court on January 23, 2006 is hereby dissolved. The

security posted by Albemarle Corporation in the sum of one million dollars ($1,000,000.00) is

hereby released. All claims and counterclaims of both parties pending before this Court are

hereby dismissed with prejudice.

IT IS SO ORDERED, this 7th day of November, 2006.


                                          /s/Harry F. Barnes
                                          Hon. Harry F. Barnes
                                          United States District Judge